# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

156677

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RAYMOND RUSSELL SEIGNEURIE,
        Defendant-Appellant.

SC: 156677
COA: 332270
St. Clair CC: 15-002092-FC

_____/

On order of the Court, the application for leave to appeal the September 7, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018



Clerk

t0516